|   |   |
|---|---|
| 1 | Terrence Mazura (Bar No. 101075) |
|   | *tmazura@euslaw.com* |
| 2 | Mazura Law Firm |
|   | 414 West Fourth Street, Suite A |
| 3 | Santa Ana, California 92701 |
|   | Tel: (714) 550-5011 Fax : (714) 716-8414 |
| 4 | Attorneys for the Plaintiff |

E-FILED 10/15/13
JS-6

5  Robert A. Aronson SBN 123687
   *R_Aronson@UReach.com*
6  9401 Wilshire Boulevard, Suite 830
   Beverly Hills, CA 90212-2944
7  Telephone: (310) 278-8018
   Attorney for Defendants and
8  Counterclaimant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARY PICKFORD FOUNDATION, a California non-profit corporation, | CASE NO.  CV12-06070 PSG (DTBx) |
|---|---|
| Plaintiff, | [~~Proposed~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. |  |
| TIMELINE FILMS, LLC, a limited liability company; HUGH NEELY, |  |
| Defendants. |  |
| TIMELINE FILMS, LLC, |  |
| Counterclaimant, v. |  |
| MARY PICKFORD FOUNDATION, etc., et al., |  |
| Counter-defendants |  |

Mazura Law Firm

ORDER re Dismissal With Prejudice                                     Page - 1

1  Pursuant to the Stipulation of Dismissal with Prejudice among all of
2  the partiers to this action this case has been settled and all issues and
3  controversies have been resolved.
4  IT IS HEREBY ORDERED that:
5  (a) Plaintiff Mary Pickford Foundation's complaint and its claims in this
6  case are dismissed with prejudice;
7  (a) Counterclaimant Timeline Films, LLC counterclaim and its claims in
8  this case are dismissed with prejudice;
9  (b) The parties shall comply with the terms of their Settlement
10 Agreement and Mutual General Releases entered into on August 25, 2013;
11 (c) Each party shall bear its own attorneys' fees and costs; and
12 (d) This Court shall retain jurisdiction to enforce the terms of the parties
13 August 25, 2013 Settlement Agreement and Mutual General Releases under the
14 authority of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-
15 82 (1994).

DATED: 10/15/13

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
United States District Court Judge